UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHANTE DIAZ,

Plaintiff,

- against -

SUPERJEWELER.COM, INC.,

Defendant.

26-cv-7264 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **November 25, 2026**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

The plaintiff is directed to serve a copy of this order on the defendant and file proof of service on the docket by **September 21, 2026**.

SO ORDERED.

Dated: New York, New York
September 14, 2026

John G. Koeltl
United States District Judge